ROBERT L. CONIGLIO, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 48895.) —

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.